**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

February 27, 2007

Edward Gaidula
Reg. No. 13712-067
Federal Prison Camp - Canaan
P.O. Box 200
Waymart, PA 18472

*RE:   United States v. Edward Gaidula*
*MDPA; Criminal No. 3:CR-05-371/01*

Dear Mr. Gaidula:

Upon receipt of your letter/motion to stay restitution, I contacted our Probation Department to check into your financial status at the correctional facility. They respond that according to your counselor, your account is more than adequate to continue to have you make restitution. I feel obliged to accept the recommendation of the Probation Department.

We have also been advised that in viewing your financial status, there will be a review next month which may or may not change the status.

Sincerely,

*s/Edwin M. Kosik*
United States District Judge

EMK:mb